Submitted January 3; in Case Number 18CR65177, portion of judgment requiring defendant to pay court-appointed attorney fees reversed, otherwise affirmed; in Case Numbers 18CR03468, 18CR51604, and 18CR17938, affirmed January 29, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID ASHLEY MOORE,
*Defendant-Appellant.*

Marion County Circuit Court
18CR03468, 18CR51604, 18CR65177, 18CR17938;
A169240 (Control), A169241, A169242, A169243

456 P3d 688

David E. Leith, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

In Case Number 18CR65177, portion of judgment requiring defendant to pay court-appointed attorney fees reversed; otherwise affirmed. In Case Numbers 18CR03468, 18CR51604, and 18CR17938, affirmed.

### PER CURIAM

In these consolidated appeals, defendant challenges the award of $578 in attorney fees in a case in which he pleaded guilty to attempted second-degree assault, ORS 163.175, and aggravated harassment, ORS 166.070. The state concedes the court erred in imposing attorney fees and agrees that, under the circumstances of this case, the proper remedy is to reverse the portion of the judgment imposing the attorney fees. We agree that the court so erred and we accept the state's concession. *See State v. Villalta*, 292 Or App 811, 814, 425 P3d 478 (2018).

In Case Number 18CR65177, portion of judgment requiring defendant to pay court-appointed attorney fees reversed; otherwise affirmed. In Case Numbers 18CR03468, 18CR51604, and 18CR17938, affirmed.